USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALFONSO MORENO, *individually and on behalf of others similarly situated*,

                          Plaintiff,

            -against-

DELLA NONA CORP. *et al*

                          Defendants.
------------------------------------------------------------------X

18-CV-4488 (PAE)(KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 3, 2019, the parties appeared for a Status Conference. The following Order is entered:

**Discovery.** The deadline for discovery is extended to **February 14, 2020**.

**Status Conference.** A status conference in this matter is hereby scheduled for **February 14, 2020 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
       December 3, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge