UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFONSO MORENO, et al.,

                                                        Plaintiffs,          18 Civ. 4488 (PAE)(KHP)

                          -v-

                                                                          ORDER

DELLA NONA CORP., et al.

                                                   Defendants.

PAUL A. ENGELMAYER, District Judge:

The parties having settled their dispute in mediation, Dkt. 35, including claims brought under the Fair Labor Standards Act (FLSA), it is hereby ordered that all deadlines previously set in this action are stayed.

It is further ordered that the parties shall submit, no later than January 8, 2020: (a) a fully-executed copy of their written settlement agreement, which will be placed on the public docket, *see Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012); (b) a joint letter setting forth their views as to why their settlement agreement is fair and reasonable and should be approved in light of the factors enumerated in *Wolinsky*, 900 F. Supp. 2d at 335–36; and (c) counsel's time and expense records if an award of attorneys' fees and costs is requested.

The parties' submissions shall comply with the individual practices of the district judge, *see* https://nysd.uscourts.gov/hon-paul-engelmayer, including § 4(C) (directing settling parties in FLSA actions to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and

*Wolinsky*, 900 F. Supp. 2d at 332), unless the parties consent to proceed before the assigned magistrate judge.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 9, 2019
       New York, New York